

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00280-CV

**IN THE INTEREST OF D.N.C.**, a Child

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01461
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's Order of Termination is AFFIRMED.

No costs are assessed against appellant because she is indigent.

SIGNED September 24, 2014.

Sandee Bryan Marion, Justice